ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ARIANA ESCARLETH CRUZ CORTES, | C 3:23-cv-04284 JCS |
|---|---|
| Plaintiff, | |
| v. | **PARTIES' STIPULATION TO DISMISS** |
| SUSAN DIBBINS, Chief, Administrative Appeals Office, USCIS, *et al.*, | |
| Defendants. | |

The parties, through their attorney of record, hereby stipulate to dismissal of the above-entitled action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), given that the Administrative Appeals Office issued a new decision on Plaintiff's Form I-290B Motion to Reopen/or Reconsider. Each of the parties shall bear their own costs and fees. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

///

Stip to Dismiss
C 3:23-cv-04284 JCS                                              1

| | |
|---|---|
| Dated: March 14, 2024 | Respectfully submitted,<br><br>ISMAIL J. RAMSEY<br>United States Attorney<br><br>  /s/ Elizabeth D. Kurlan  <br>ELIZABETH D. KURLAN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| Dated: March 14, 2024 | /s/ Spojmie A. Nasiri  <br>SPOJMIE A. NASIRI<br>Law Office of Spojmie Nasiri<br><br>BRIAN S. GREEN<br>Law Office of Brian Green<br><br>Attorneys for Plaintiff |
| Dated: March 15, 2024 | IT IS SO ORDERED<br>Judge Joseph C. Spero |